## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 07-00264-CJC |
| Date | July 16, 2012 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter   None

| Michelle Urie | Debbie Gale | Patrick McLaughlin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Steele Smith | X | | X | Eric D. Shevin | X | | X |

**Proceedings:**   CHANGE OF PLEA

X   Defendant moves to change plea to the Indictment.

X   Defendant enters new and different plea of GUILTY to Count 1 of the Indictment.

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to November 19, 2012 at 10:00 a.m. for sentencing.

X   The Court Further ORDERS position paper with respect to sentencing shall be filed not later than one week prior to sentencing.

X   Other: Court vacates the jury trial date of July 24, 2012 as to this defendant only. Defendant remains on bond under same terms and conditions.

:   37

Initials of Deputy Clerk   mu

cc:  USPO-SA