ANDRE BIROTTE United States Attorney
ROBERT E. DUGDALE AUSA Chief, Criminal Division
PATRICK W. McLAUGHLIN (California Bar No. 89657)
Assistant United States Attorney
312 North Spring St. Suite 1400
Los Angeles, CA 90012
Telephone: (213) 894-6683
Facsimile: (213) 894-0142
E-mail: patrick.mclaughlin@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>ALEXANDER VALENTINE<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA No. CR 07-264-CJC<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
DOCUMENT GOVERNMENT'S DOCUMENT UNDER SEAL, EX PARTE APPLICATION FOR SEALING DOCUMENT, AND PROPOSED ORDER SEALING

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Under Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

July 18, 2012                                         PATRICK W. McLAUGHLIN
Date                                                         Attorney Name

                                                                  UNITED STATES
                                                                  Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                          **NOTICE OF MANUAL FILING**